

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

JUN 2 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1: 09 CR 51 |
| | ) | |
| v. | ) | |
| | ) | |
| (1) JEFFREY ALAN ARTHUR | ) | BILL OF INDICTMENT |
| (2) JERAMI SHANE BEGUE | ) | |
| (3) GEORGE WADE COOK | ) | |
| (4) GINA LEATHERMAN GANTT | ) | |
| (5) KENNETH WAYNE JOHNSON | ) | |
| (6) TRINA JO WILLIS | ) | |
| | ) | Violations: |
| | | 21 USC § 841 |
| | | 21 USC § 846 |

**THE GRAND JURY CHARGES:**

COUNT ONE

From in or around January 2007, and continuing until the present, in Cleveland and Lincoln Counties, which are within the Western District of North Carolina, and elsewhere,

(1) JEFFREY ALAN ARTHUR
(2) JERAMI SHANE BEGUE
(3) GEORGE WADE COOK
(4) GINA LEATHERMAN GANTT
(5) KENNETH WAYNE JOHNSON
(6) TRINA JO WILLIS

did knowingly and intentionally combine, conspire, confederate and agree with each other and others, both known and unknown to the Grand Jury, to manufacture and possess with intent to distribute, a quantity of methamphetamine, a Schedule II controlled substance.

1. Said conspiracy involved at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine; and, at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine was foreseeable to each defendant;

2. As to each defendant, the offense involved the manufacture of methamphetamine and created a substantial risk of harm to human life and/or the environment.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1).

**A TRUE BILL:**

/GRAND JURY FOREMAN

EDWARD R. RYAN
ACTING UNITED STATES ATTORNEY

JILL WESTMORELAND ROSE
ASSISTANT U.S. ATTORNEY