IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:09cr51-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JEFFREY ALAN ARTHUR. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Interim Payment [Doc. 85].

For the reasons stated in the motion, counsel may submit a voucher for payment prior to the conclusion of the case. However, the Court will not authorize an interim payment prior to the submission of the voucher.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Interim Payment [Doc. 85] is hereby **DENIED**; however, defense counsel is authorized to submit a voucher for an interim payment.

Signed: September 9, 2009

Martin Reidinger
United States District Judge