U.S Court of Appeals for the 4th Circuit

FILED ASHEVILLE, N.C.
JUN 24 2010
U.S. DISTRICT COURT
W. DIST. OF N.C.

Jeffrey Alan Arthur ) Appeal And 2255 Motion
vs. )
United States of America ) No# 1:09 CR 51-01

## Appeal And 2255 Motion

The Appellant, Jeffrey Alan Arthur, appeals both the decision of guilty (on August 31, 2009) and the sentence of 180 months Active prison time and 10 years probation on (June 15, 2010) The Honorable Martin Reidinger arrived at in The U.S District Court for the Western District ~~Court~~ of North Carolina. The basis for the appeal are that the appellant.

1) Received ineffective assistance of Council.
   And/or
2) That the state-appointed attorney for the appellant failed to investigate the appellant's case properly
   And/or
3) That the state-appointed attorney (Robert Charles Carpenter) for the appellant showed a lack of interest in the appellant's case
   And/or
4) That the state-appointed attorney for the appellant, lacked the skills and experience to properly defend the appellant, as he was a civil law attorney with no prior experience handling criminal law cases.

5) that the state appointed attorney for the appellant improperly advised the appellant to plead guilty, when the appellant was innocent of the charges and should have took it to ~~trial~~ trial

AND/OR

6) That the appellant did not have adequate time to prepare his defence, as the time from his arrest to the date of the trail was less than 3 months, but the time period between when the appellant was found guilty (August 31, 2009) and when he was sentence (June 15, 2010) was nearly 10 months

and/or

7) That the charges of conspiring to Posses with Intent to Distribute Methamphetamine against the appellant could not be supported by the evidence that the U.S Government had,

And/or

8) That the sentence that the Honorable Martin Reidinger gave the appellant was double that recommanded by both the prosecution. Assistant U.S Attorney (Jill Westmoreland Rose and W. Ross Baker (PSI) U.S Probation Officer, so that it was unduly harsh and severe for the charges in violation of the 8th Amendment,

And/or

9) That the district Court Judge, made a mistake by denying appellants motion for a New Lawyer and for continuance to allow adequate time to ~~prepare~~

Case 1:09-cr-00051-MR   Document 120   Filed 06/24/10   Page 2 of 5

For the about Pages 1 & 2 reason the appellant requests the following:

1) ~~&~~ A new trail for the appellant be granted with a new attorney appointed; OR

2) The sentence be reduced in accordance to the (PSI) recommedation and the Assistant U.S Attorney (Jill W Rose) recommedation, And/or

3) All charges be dismissed and the appellant be released from federal prison.

4) Whatever else And/or ~~also~~ the Court deems ~~must~~ Necessary and proper in the Name of Justice.

Under threat of perjury, the undersigned, Jeffrey Alan Arthur alleges that above pages 1&2&3 is true to the best of his knowledge

*Jeffrey Alan Arthur*

Jeffrey Alan Arthur

Date: June 20, 2010

To Clerk of Court
From Jeffrey Alan Arthur
June 20, 2010

RECEIVED
ASHEVILLE, NC
JUN 24 2010
Clerk, U.S. Dist. Court
W. Dist. of N. C.

Sir,

Enclosed are two documents which I wish to file. One is my appeal to the U.S. Court of Appeals. Please forward that document to the appropriate officials. Also enclosed is my motion for transcripts from my trail to be sent to the U.S Court of Appeals. Please forward that motion to the appropraite official for processing.

*Jeffrey Alan Arthur*

Jeffrey Alan Arthur

Date: June 20, 2010

Jeffrey Alan Hymur
3224 Brown Rd
Crossnore, N.C. 28021

MAILED BY AN INMATE
PIEDMONT BURKE CATAWBA
DISTRICT CONFINEMENT
FACILITY

RECEIVED
JUN 24 2010
US ATTORNEY'S OFFICE
ASHEVILLE, N.

U.S. District Court
Clerk of Court
207 U.S. Courthouse
100 Otis Street
Asheville, NC 28801