# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00014-MR
# (CRIMINAL CASE NO. 1:09-cr-00051-MR-1)

| | |
|---|---|
| JEFFREY ALAN ARTHUR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, as amended [Docs. 1, 5].

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for hearing at the United States Courthouse in Asheville, North Carolina, during this Court's June 2015 sentencing term.

**IT IS FURTHER ORDERED** that the United States Marshal shall make arrangements to have the Petitioner transported from his place of incarceration to this District. The United States Marshal shall ensure that the Petitioner arrives in this District prior to the commencement of the June 2015

sentencing term in order that he may be afforded adequate opportunity to confer with counsel in preparation for the hearing.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a supplemental Presentence Report in advance of the sentencing hearing.

The Clerk of Court is directed to certify copies of this Order to the United States Bureau of Prisons, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: April 17, 2015

Martin Reidinger
United States District Judge